UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADRIANA CONDOR CORDERO,

                            Plaintiff,                       JUDGMENT

v.                                                           22-cv-7612-DG-VMS

HARRY ADJMI and ALICE ADJMI,

                            Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 28, 2023; and defendants Harry Adjmi and Alice Adjmi, having offered to allow entry of judgment to be taken against Alice Adjmi and in favor of Plaintiff Adriana Condor Cordero in the total sum Thirty-Six Thousand Five Hundred Dollars and Zero Cents ($36,500.00), in full and final settlement of all of Plaintiff's claims against Defendants Harry Adjmi and Alice Adjmi for unpaid wages, liquidated damages, statutory damages, pre-judgment interest, and all other claims arising out of or related to the facts and transactions alleged or that could have been alleged in the above-captioned action; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Adriana Condor Cordero and against defendant Alice Adjmi in the total sum Thirty-Six Thousand Five Hundred Dollars and Zero Cents ($36,500.00), in full and final settlement of all of Plaintiff's claims against Defendants Harry Adjmi and Alice Adjmi for unpaid wages, liquidated damages, statutory damages, pre-judgment interest, and all other claims arising out of or related to the facts and transactions alleged or that could have been alleged in the above-captioned action.

Dated: Brooklyn, New York                                        Brenna B. Mahoney
       April 5, 2023                                                   Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk

Case 1:22-cv-07612-DG-VMS    Document 10    Filed 04/05/23    Page 2 of 2 PageID #: 40