UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ADRIANA CONDOR CORDERO,                    :
                                            :
                          Plaintiff,        :        **22 Civ. 7612 (DG) (VMS)**
                                            :
        -v-                                 :
                                            :        **SATISFACTION OF**
HARRY ADJMI and ALICE ADJMI,                :        **JUDGMENT**
                                            :
                          Defendants.       :
------------------------------------------------------------------------ X

**WHEREAS,** a judgment was entered in the above action on April 5, 2023 (ECF No. 10), in favor of Plaintiff Adriana Condor Cordero and against Defendant Alice Adjmi ("Defendant"), in the total amount of $36,500.00, inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 9); and

**WHEREAS,** Defendants have paid the judgment with interest thereon and it is certified that there are no executions outstanding with any Sheriff or Marshall;

**NOW THEREFORE,** the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and compete satisfaction on the docket of the judgment.

Dated:  New York, New York
         April 5, 2023

By: _____
        Louis Pechman, Esq.
        Christian Mercado, Esq.
        PECHMAN LAW GROUP PLLC
        488 Madison Ave., 17th Flr.
        New York, NY 10022
        Tel.: (212) 583–9500
        *Attorneys for Plaintiffs*

STATE OF NEW YORK      )

                            )     ss.:

COUNTY OF NEW YORK  )

On this _5_ day of _April_ before me personally came Louis Pechman, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorney for Plaintiff Adriana Condor Cordero in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Miguelina Marte Paulino
Notary Public, State of New York
Reg. No. 01MA6411839
Qualified in New York County
Commission Expires Dec. 07, 2024